**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAX ANALYSTS,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF THE TREASURY<br><br>*Defendants*. | Case No. 1:26-cv-02994-RC |

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants, the Internal Revenue Service ("IRS"), U.S. Department of Justice ("DOJ"), and U.S. Department of the Treasury ("Treasury"), hereby answer Plaintiff's Complaint, ECF No. 1, as follows:

1. This paragraph constitutes Plaintiff's characterization of this case, to which no response is required. To the extent a response is required, Defendants admit that Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.
2. This paragraph contains legal conclusions regarding jurisdiction and venue, to which no response is required.
3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.
4. Defendants admit the allegations in this paragraph.

5. Defendants lack knowledge or information sufficient to form a belief as to the truth of the first sentence of this paragraph. Defendants admit that IRS, DOJ, and Treasury received FOIA requests pertaining to the settlement agreement in *Trump v. IRS*, 1:26-cv-20609-KMW (S.D. Fla.).

6. Defendant IRS admits that IRS received Plaintiff's FOIA request, dated May 26, 2026. Defendant IRS respectfully refers the Court to Plaintiff's May 26, 2026 FOIA request to IRS for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

7. Defendant IRS admits the allegations in this paragraph, except that Defendant IRS denies that the assigned case number is 16552 and avers that the assigned case number is 11652.

8. Defendant IRS admits only that, as of the date of the Complaint, Defendant IRS had not yet issued a final determination as to Plaintiff's May 26, 2026 FOIA request.

9. Defendant IRS admits that IRS received Plaintiff's second FOIA request, dated May 26, 2026. Defendant IRS respectfully refers the Court to Plaintiff's second May 26, 2026 FOIA request to IRS for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

10. Defendant IRS admits the allegations in this paragraph, except that Defendant IRS denies that the assigned case number is 16553 and avers that the assigned case number is 11653.

11. Defendant IRS admits only that, as of the date of the Complaint, Defendant IRS had not yet issued a final determination as to Plaintiff's second May 26, 2026 FOIA request.

12. Defendant IRS admits that IRS received Plaintiff's third FOIA request, dated May 26, 2026. Defendant IRS respectfully refers the Court to Plaintiff's third May 26, 2026 FOIA request to IRS for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

13. Defendant IRS admits the allegations in this paragraph, except that Defendant IRS denies that the assigned case number is 16554 and avers that the assigned case number is 11654.

14. Defendant IRS admits only that, as of the date of the Complaint, Defendant IRS had not yet issued a final determination as to Plaintiff's third May 26, 2026 FOIA request.

15. Defendant DOJ admits that DOJ received Plaintiff's FOIA request, dated May 26, 2026. Defendant DOJ respectfully refers the Court to Plaintiff's May 26, 2026 FOIA request to DOJ for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

16. Defendant DOJ admits that, on June 2, 2026, the Department's Office of Information Policy ("OIP") acknowledged receipt of Plaintiff's May 26, 2026 FOIA request. Defendant DOJ denies that OIP assigned DOJ tracking number 2933951 to Plaintiff's May 26, 2026 FOIA request and avers that OIP assigned the request tracking number FOIA-2026-03362. Defendant DOJ respectfully refers the Court to OIP's June 2, 2026 acknowledgment letter for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

17. Defendant DOJ admits only that, as of the date of the Complaint, Defendant DOJ had not yet issued a final determination as to Plaintiff's May 26, 2026 FOIA request.

18. Defendant Treasury admits that Treasury received Plaintiff's FOIA request, dated May 26, 2026. Defendant Treasury respectfully refers the Court to Plaintiff's May 26, 2026 FOIA request to Treasury for a complete and accurate statement of its contents and denies any allegations inconsistent therewith.

19. Defendant Treasury admits the allegations in this paragraph.

20. Defendant Treasury admits only that, as of the date of the Complaint, Defendant Treasury had not yet issued a final determination as to Plaintiff's May 26, 2026 FOIA request.

21. Defendants incorporate by reference their responses to paragraphs 3 through 20 above.
22. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.
23. Defendants deny the allegations in this paragraph.
24. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.
25. Defendants incorporate by reference their responses to paragraphs 3 through 20 above.
26. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.
27. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.
28. This paragraph consists of legal conclusions, to which no response is required. To the extent a response is required, Defendants deny the allegations in this paragraph.

Defendants further deny all allegations in Plaintiff's Complaint not expressly admitted above or otherwise responded to above.

The remainder of Plaintiff's Complaint consists of Plaintiff's Prayer for Relief. Defendants deny that Plaintiff is entitled to the relief requested.

**DEFENSES**

1. This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief to the extent that they exceed the relief authorized by FOIA, 5 U.S.C. § 552.
2. Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to FOIA, 5 U.S.C. § 552.

3. Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.
4. Plaintiff is not entitled to attorneys' fees, costs, or any other relief.

September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Kian K. Azimpoor*
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-0860; Fax: (202) 616-8470
E-mail: kian.k.azimpoor@usdoj.gov

*Counsel for U.S. Department of Justice*

*/s/ Jennifer D. Auchterlonie*
JENNIFER D. AUCHTERLONIE
Assistant Director, Civil Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 616-9183
Jennifer.D.Auchterlonie@usdoj.gov

*Counsel for U.S. Department of the Treasury and Internal Revenue Service*